**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey (SBN: 284607)
jason@kazlg.com
321 N. Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs,*
SHERRY HOGAN & DANIEL ALTMAN

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY HOGAN and DANIEL ALTMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>Defendant. | Case No. 5:21-cv-00782-JWH-SPx<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION, WITHOUT PREJUDICE** |

1

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**
**CASE NO. 5:21-CV-00782-JWH-SPX**

Plaintiffs Sherry Hogan and Daniel Altman hereby voluntarily dismiss this action, in its entirety, without prejudice, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i).

Date April 22, 2022  **KAZEROUNI LAW GROUP, APC**

By: __/s/ Jason A. Ibey___
Jason A. Ibey
jason@kazlg.com
*Attorneys for Plaintiffs*